**5/28/2015**                                                                    **COA No. 02-14-00124-CR**
**ISBELL, JOHN B.**           **Tr. Ct. No. 1290119D**          **PD-0469-15**
The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
\* DELIVERED VIA E-MAIL \*

**5/28/2015**                                                                 **COA No. 02-14-00124-CR**
**ISBELL, JOHN B.**           **Tr. Ct. No. 1290119D**                        **PD-0469-15**
The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

BARRY G. JOHNSON
2821 E. LANCASTER
FT WORTH, TX 76103
* DELIVERED VIA E-MAIL *

**5/28/2015**                                          **COA No. 02-14-00124-CR**
**ISBELL, JOHN B.**       **Tr. Ct. No. 1290119D**             **PD-0469-15**

The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
\* DELIVERED VIA E-MAIL \*

**5/28/2015**                                                      **COA No. 02-14-00124-CR**
**ISBELL, JOHN B.**          **Tr. Ct. No. 1290119D**               **PD-0469-15**
The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

C. JAMES GIBSON
ASSISTANT DISTRICT ATTORNEY
401 W. BELKNAP
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *